WILMOT L. MOREHOUSE, Respondent, *v.* THE BROOKLYN HEIGHTS RAILROAD COMPANY, Appellant, Impleaded with Another.

*Morehouse* v. *Brooklyn Heights R. R. Co.*, 123 App. Div. 680, affirmed.
(Argued March 24, 1909; decided April 9, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 13, 1908, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to enforce an attorney's lien.

*Charles L. Woody* and *George D. Yeomans* for appellant.

*Wilmot L. Morehouse*, respondent, in person.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WERNER and HISCOCK, JJ.